UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:
   MICHAEL E DANIELS
   SUZANNE DANIELS

CASE NO: 07-32980
(Chapter 13)

Debtors

JUDGE LAWRENCE S. WALTER

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4044950**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 12/ 67 | SAGE TELECOM INC<br>805 CENTRAL EXPRESSWAY SOUTH<br>SUITE 100<br>ALLEN, TX  75013 | 3.04 |
| 5/ 60 | RECOVERY SOLUTIONS CORP<br>6625 DIXIE HIGHWAY<br>SUITE W<br>FAIRFIELD, OH  45014 | 7.14 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/5/2010

Certificate of Service                07-32980

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| MICHAEL E DANIELS | MICHAEL J ELLERBROCK | (89.1n) |
| SUZANNE DANIELS | 4403 N MAIN ST | PRA CORRESPONDENCE |
| 5161 HARSHMANVILLE RD | DAYTON, OH  45405 | PORTFOLIO RECOVERY ASSOCIATES |
| DAYTON, OH  45424 | | BOX 41067 |
| | | NORFOLK, VA  23541 |

(60.1)
RECOVERY SOLUTIONS CORP
6625 DIXIE HIGHWAY
SUITE W
FAIRFIELD, OH  45014

(67.1)
SAGE TELECOM INC
805 CENTRAL EXPRESSWAY SOUTH
SUITE 100
ALLEN, TX  75013

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv